24 So.2d 925

**Luther ROBERTSON, alias Robinson v. STATE.**

6 Div. 223.

Court of Appeals of Alabama.

Jan. 22, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

23 So.2d 148

**Leon ROBINS v. CITY OF SCOTTSBORO.**

8 Div. 464.

Court of Appeals of Alabama.

May 22, 1945.

BRICKEN, Presiding Judge.

Affirmed.

23 So.2d 886

**Pugh RUFFIN, Jr., v. STATE.**

2 Div. 738.

Court of Appeals of Alabama.

Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

24 So.2d 925

**Virgil SANDERS v. STATE.**

6 Div. 218.

Court of Appeals of Alabama.

Jan. 15, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

23 So.2d 148

**John Webster SELLERS v. STATE.**

6 Div. 129.

Court of Appeals of Alabama.

May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.

Affirmed.

24 So.2d 925

**Louella SHELTON v. STATE.**

6 Div. 282.

Court of Appeals of Alabama.

Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.